**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.                    : | 21-CR-0576 (RC) |
| **FLOYD RAY ROSEBERRY**      : | |

**NOTICE OF FILING**

    Undersigned counsel respectfully submits this notice of filing of the attachments that counsel inadvertently failed to file with Defendant's Reply to Government's Reply in Opposition to Defendant's Motion to Reconsider Order of Detention and Impose Conditions of Release, ECF No. 15.  These are: (1) the government's unofficial transcripts of the statements Mr. Roseberry made while livestreaming on Facebook (referred to as "Tr." in the Reply), and (2) the Federal Bureau of Investigation analysis of the can Mr. Roseberry was holding at the time of the charged offenses.

                                        Respectfully submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                            /s/

                                        MARY MANNING PETRAS
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Washington, D.C.  20004
                                        (202) 208-7500