7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To:   Eric Montgomery
      Washington Field Office

Date: August 20, 2021

Case ID No.: WF-3483047

Lab No.: 2021-01689-3

Communication(s):

Agency Reference(s):

Subject(s):   Floyd Ray Roseberry

Victim(s):

Discipline(s):   Explosives Chemistry

This document may contain personally identifiable information and must be afforded the protections required by applicable law, regulation, and policy. If you are not the intended recipient of this document, please destroy it promptly without further retention or dissemination, unless otherwise required by law.

FBI Laboratory Evidence Designator(s):

Item 1-1-1     Powder sample from Item 1-1

This report contains the results of chemistry examinations conducted in the Explosives Unit.

**Results of Examinations:**

Item 1-1-1 was identified as a perforated disk-shaped double base smokeless powder. Smokeless powders are considered low explosives.

The following techniques were utilized in the analysis of Item 1-1-1: visual and microscopic exams, thermal susceptibility tests, Fourier transform infrared spectroscopy (FTIR), and gas chromatography/mass spectrometry (GC/MS).

**Remarks:**

For questions about the content of this report, please contact Forensic Examiner Raleigh W. Parrott, II at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

For questions about the status of your submission, including any remaining forensic

Page 1 of 2

UNCLASSIFIED

- Lab Report-Released-(103369).pdf

UNCLASSIFIED

examinations, please contact Kevin D. Finnerty at ▮▮▮▮.

The evidence will be returned under separate cover.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI Laboratory files. Please allow a minimum of thirty days from the date of a discovery request for the FBI Laboratory to provide the related materials. The FBI cannot ensure timely delivery of discovery requests received in less time.

The work described in this report was conducted at the Quantico and Huntsville Laboratories.

Raleigh W. Parrott, II<br>Explosives Unit