UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.  :  21-CR-0576 (RC)

FLOYD RAY ROSEBERRY  :

### UNOPPOSED MOTION TO MODIFY CONDITION OF PROBATION

Mr. Floyd Ray Roseberry, through undersigned counsel, respectfully moves this Honorable Court to modify the conditions of his probation. Specifically, he requests that the Court eliminate the location monitoring requirement. Mr. Roseberry's Probation Officer, Seth Yates, supports this modification, and the government has no objection. In support of this request, counsel submits the following.

1. On August 10, 2022, the Court ordered Mr. Roseberry released with conditions including electronic monitoring. Mr. Rosebery was supervised by Probation Officer Yates with the Western District of North Carolina Probation Office and maintained perfect compliance with the conditions of pretrial release.

2. On September 15, 2023, the Court sentenced Mr. Roseberry to a five-year term of probation with twelve months of location monitoring.

3. Since his sentencing hearing, Mr. Yates has continued to supervise Mr. Roseberry and reports that Mr. Roseberry continues to be in perfect compliance with the conditions of his supervision, including medication management. According to Probation Officer Yates, Mr. Roseberry has been "phenomenal."

3. Mr. Roseberry and his wife are moving to Tennessee because his mother-in-law's

health has declined and they need to be close to her to help care for her.

4. Probation Officer Yates has arranged to transfer Mr. Roseberry's supervision to the Middle District of Tennessee.

5. In order to give them flexibility while moving from North Carolina to Tennessee, Mr. Roseberry and his wife asked counsel to request that the Court modify the location monitoring curfew.

6. When counsel contacted Probation Officer Yates about this request, he asked counsel to instead move to terminate the location monitoring requirement altogether, noting that Mr. Roseberry's compliance has been perfect for nearly two years. The Probation Officer believes that the location monitoring condition is not needed to serve the needs of the community or Mr. Roseberry, and the transition to the Middle District of Tennessee will be easier if the condition is terminated.

7. Undersigned counsel has contacted government counsel, who represented that the government has no opposition to modifying the conditions of Mr. Roseberry's probation to terminate the location monitoring condition.

WHEREFORE, for the foregoing reasons, Mr. Roseberry respectfully requests that the Court modify his conditions of probation to terminate the location monitoring condition.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender

625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500

3