UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : 21-CR-0576 (RC)

FLOYD RAY ROSEBERRY :

### ORDER

Upon consideration of Defendant's Unopposed Motion to Modify Conditions of Probation, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the condition of location monitoring is terminated.

6/7/2024

THE HONORABLE RUDOLPH CONTRERAS