**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **21-CR-576 (RC)** |
| | ) | |
| **FLOYD RAY ROSEBERRY** | ) | |
| | ) | |

**RESPONSE TO COURT ORDER**

In an order dated October 5, 2026, the Court directed the parties to file a proposed redacted version of the Court's memorandum opinion on Mr. Roseberry's Motion for Early Termination of Probation. Undersigned counsel has consulted with government counsel. Because, with the consent of Mr. Roseberry and his wife, the medical information in the memorandum opinion was filed on the public record in Mr. Roseberry's motion, the parties agree that the memorandum opinion can be filed on the docket in full.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_________________
Mary Manning Petras
Assistant Federal Public Defenders
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500